UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDA M,

                    Plaintiff,

      v.

COMMISSIONER OF SOCIAL
SECURITY,

                 Defendant.

Case No. 19-283 RAJ - MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     The Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Michelle Peterson.

Dated this 5th day of November, 2019.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER - 1