United States District Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA MYRICK, | CIVIL NO. 2:19-cv-00283-RAJ-MLP |
| Plaintiff, | ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is allowed an attorney fee of $9,846.50, pursuant to 42 U.S.C. § 406(b). Ms. Gilbrough already received a payment under the Equal Access to Justice Act totaling $3,852.95. The remaining amount to be paid is $5,993.55.

If the Social Security Administration is still withholding this amount, it is directed to send this amount to Plaintiff's attorney, Amy Gilbrough, minus any applicable fees ordered by statute. If the Commissioner has not withheld past-due benefits sufficient to satisfy this order and Plaintiff's attorney reports she is unable to collect the fee from the claimant, the Commissioner

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [No. 2:19-cv-00283-RAJ-MLP] - 1

Douglas Drachler McKee & Gilbrough, LLP
1215 Fourth Avenue, Suite 1350
Seattle, WA 98161
(206) 623-0900

will satisfy this order via the procedures in the Program Operation Manual System (POMS) GN 03920.055C.

DATED this 30th day of July, 2024.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [No. 2:19-cv-00283-RAJ-MLP] - 2

Douglas Drachler McKee & Gilbrough, LLP
1215 Fourth Avenue, Suite 1350
Seattle, WA 98161
(206) 623-0900